George Williams, Respondent, v. Poughkeepsie City and Wappingers Falls Electric Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Mary J. Burke, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Bridget Burns and William Savage, Appellants, v. William W. Bennett, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

The First National Bank of Brewsters, Respondent, v. Wesley W. Sherwood and Others, Defendants, Impleaded with Alexander Jacobus, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Bryan G. Green, Appellant, v. Eugene Fitzpatrick, Respondent.— Judgment of the Municipal Court modified by adding a provision making the dismissal "without prejudice to a new action," and as so modified affirmed, without costs of this appeal. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

In the Matter of the Application of the New York, New Haven and Hartford Railroad Company, Respondent, v. The City of Mount Vernon, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Eliza Frances Joubin, as Administratrix, etc., of George H. Joubin, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Lydia Markgraf, Respondent, v. Fellowship of Solidarity, Appellant.— Judgment and order affirmed, with costs, on the opinion of Mr. Justice Kelly at Trial Term. (Reported in 65 Misc. Rep. 64.) Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Eugene Paton, an Infant, by William Paton, His Guardian ad Litem, Respondent, v. Frederick Roeder and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Vincenzo Polito, Respondent, v. Diadato Franco and Conchetta Franco, Appellants.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Anna Eaton, Appellant, v. Alfred T. Hobley, as Sheriff of Kings County, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. John J. Flannery, Appellant, v. Alfred T. Hobley, as Sheriff of Kings County, Respondent.— Order affirmed,